**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: MARMAC, LLC, CANAL BARGE
COMPANY, INC., W. LEIGH &
ASSOCIATES, INC., JOHNSON BROS.
CORPORATION ,

                    **Plaintiffs,**

-vs-                                            Case No.  6:05-cv-564-Orl-31DAB

LORENZO REED, PABLO GODINEZ,
GERARDO LINARES PEREZ, MARIO
HERNANDEZ CASTILLO, MARIO
MARTINEZ & Unknown Parties,
                      **Movants.**
_____

## ORDER

Upon consideration of the Petitioner's Motion for Rehearing (Doc. 66), it is

**ORDERED** that the Motion is GRANTED.  The Court's Order dated February 10, 2006 (Doc. 64) is Amended to incorporate Claimant's stipulation in Doc. 67 that "if this Court ultimately finds that the Petitioners are entitled to limit their liability, then the Claimants will not try to enforce any state court or other judgment in excess of the limitation fund."

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 13, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                            GREGORY A. PRESNELL
                                      UNITED STATES DISTRICT JUDGE